IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARNELL THOMAS | : | CIVIL ACTION |
| v. | : | |
| THOMAS MCGINLEY, et al. | : | NO. 19-1353 |

**FILED**
SEP 1 2 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 12 day of Sept, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **SUMMARILY DISMISSED** under 28 U.S.C. § 2243 and Rule 4 of the Rules Governing § 2254 Cases as barred by the AEDPA statute of limitations; and

3. A certificate of appealability is not granted.

BY THE COURT:

BERLE M. SCHILLER,    J.